NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**JOY MARIE COLAFRANCESCO EVANS,**
*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**
*Respondent-Appellee*

_____

2024-1505

_____

Appeal from the United States Court of Appeals for Veterans Claims in No. 21-7930, Judge William S. Greenberg.

_____

**O R D E R**

Upon consideration of the parties' joint stipulation of voluntary dismissal pursuant to Federal Rule of Appellate Procedure 42(b),

IT IS ORDERED THAT:

(1) The stay is lifted, and the appeal is voluntarily dismissed.

2                              COLAFRANCESCO EVANS v. MCDONOUGH

(2)  The parties shall bear their own costs.

FOR THE COURT



May 29, 2024                                    Jarrett B. Perlow
      Date                                     Clerk of Court

ISSUED AS A MANDATE:  MAY 29, 2024